```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 18-00289-HWV
Ken O. Roseberry                                                Chapter 13
Dina M. Roseberry
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: DDunbar          Page 1 of 1          Date Rcvd: Sep 05, 2018
                              Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 5026655        E-mail/PDF: cbp@onemainfinancial.com Sep 05 2018 18:57:01      ONEMAIN,   PO BOX 3251,
                EVANSVILLE, IN. 47731-3251
                                                                                                  TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2018 at the address(es) listed below:
              Chad James Julius    on behalf of Debtor 1 Ken O. Roseberry cjulius@ljacobsonlaw.com,
               brhoades@ljacobsonlaw.com
              Chad James Julius    on behalf of Debtor 2 Dina M. Roseberry cjulius@ljacobsonlaw.com,
               brhoades@ljacobsonlaw.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor   PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor   BANK OF AMERICA, N.A. pamb@fedphe.com
              Kevin S Frankel    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                 TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania  
Case No. 1:18-bk-00289-HWV  
Chapter 13

In re: Debtor(s) (including Name and Address)

Ken O. Roseberry  
3 Fox Chase Circle  
Harrisburg PA 17111

Dina M. Roseberry  
3 Fox Chase Circle  
Harrisburg PA 17111

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/05/2018.

Name and Address of Alleged Transferor(s):

Claim No. 3: ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251

Name and Address of Transferee:

Portfolio Recovery Associates, LLC  
PO Box 41067  
Norfolk, VA 23541  
Portfolio Recovery Associates, LLC  
PO Box 41067  
Norfolk, VA 23541

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/07/18

Terrence S. Miller  
**CLERK OF THE COURT**