UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
   KEN O. ROSEBERRY : Case No: 1:18-bk-00289-HWV
   DINA M. ROSEBERRY :
       Debtors : Chapter 13

# NOTICE OF ADDRESS CHANGE

TO: BANKRUPTCY COURT, MIDDLE DISTRICT OF PENNSYLVANIA

Kindly change the address of the listed debtors to –

| CORRECTED ADDRESS: | FORMER ADDRESS: |
|---|---|
| Ken O. Roseberry | ~~Ken O. Roseberry~~ |
| Dina M. Roseberry | ~~Dina M. Roseberry~~ |
| 201 Poplar Ave | ~~3 Fox Chase Circle~~ |
| Hummelstown, PA 17036 | ~~Harrisburg, PA 17111~~ |

UPRIGHT LAW, LLC

Date: October 13, 2022

By: /s/Chad J. Julius
Attorney for Debtor
ID No. 209496
8150 Derry Street
Harrisburg, PA 17111
717-909-5858