In re:  
Ken O. Roseberry  
Dina M. Roseberry  
    Debtors

Case No. 18-00289-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Oct 20, 2022      Form ID: 3180W      Total Noticed: 42

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ken O. Roseberry, Dina M. Roseberry, 201 Poplar Ave, Hummelstown, PA 17036-2414 |
| 5015205 | | Arcadia Recovery Bureau, LLC, PO Box 70256, Philadelphia, PA 19176-0256 |
| 5015212 | | Discover Bank, PO Box 742655, Cincinnati, OH 45274-2655 |
| 5015214 | + | MSHMC Physicians Group, PO Box 854, Hershey, PA 17033-0854 |
| 5015222 | + | North Shore Agency, 717 7th Street, Denver, CO 80204 |
| 5015224 | | Penn State Hershey Medical Center, PO Box 643291, Pittsburgh, PA 15264-3291 |
| 5015230 | | Pinnacle Health, PO Box 826813, Philadelphia, PA 19182-6813 |
| 5015238 | | South Central EMS Inc., PO Box 726, New Cumberland, PA 17070-0726 |
| 5015239 | + | Susquehanna Dental East LLC, Attn: billing, 4655 Linglestown Rd #A, Harrisburg, PA 17112-8544 |
| 5015242 | | Verizon Wireless, PO Box 15124, Lehigh Valley, PA 18002-8000 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Oct 20 2022 22:43:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 20 2022 18:39:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| cr | + | EDI: PRA.COM | Oct 20 2022 22:43:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 5031966 | | EDI: GMACFS.COM | Oct 20 2022 22:43:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 5423692 | + | EDI: AISACG.COM | Oct 20 2022 22:43:00 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5025150 | | EDI: BANKAMER.COM | Oct 20 2022 22:43:00 | Bank Of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 5015206 | + | EDI: WFNNB.COM | Oct 20 2022 22:43:00 | Bonton/Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 5015210 | + | Email/Text: bankruptcynotices@cbecompanies.com | Oct 20 2022 18:39:00 | CBE Group Inc, 1309 Technology Prkwy, Cedar Falls, IA 50613-6976 |
| 5015207 | | EDI: CAPITALONE.COM | Oct 20 2022 22:43:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 5015209 | + | EDI: RMSC.COM | Oct 20 2022 22:43:00 | Care Credit/Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 5015211 | | Email/Text: Collections_Bankruptcies@encoreexchange.com | Oct 20 2022 18:39:00 | Computer Credit Inc., 470 West Haines Mill Rd, PO Box 5238, Winston Salem, NC 27113-5238 |
| 5018232 | | EDI: DISCOVER.COM | | |

| Recip ID | | Notice Type | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | Oct 20 2022 22:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5015213 | + | Email/Text: bk@lendingclub.com | Oct 20 2022 18:39:00 | LendingClu Corporation, Attn: Bankrutpcy Department, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 5034648 | + | Email/Text: bk@lendingclub.com | Oct 20 2022 18:39:00 | LendingClub Corporation, 71 Stevenson Street, Suite 1000, San Francisco, CA 94105-2967 |
| 5038221 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 20 2022 18:39:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5015218 | + | Email/Text: Bankruptcies@nragroup.com | Oct 20 2022 18:39:00 | National Recovery Agency, 2491 Paxton St., Harrisburg, PA 17111-1036 |
| 5030220 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 20 2022 18:39:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 5026655 | | EDI: AGFINANCE.COM | Oct 20 2022 22:43:00 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 5015223 | | EDI: AGFINANCE.COM | Oct 20 2022 22:43:00 | One Main Financial, Bankruptcy Dept., PO BOx 140489, Irving, TX 75014-0489 |
| 5044263 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 20 2022 18:39:00 | PNC BANK N.A., P.O. BOX 94982, Cleveland, OH 44101 |
| 5015234 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 20 2022 18:39:00 | PNC Bank, PO Box 1820, Dayton, OH 45401-1820 |
| 5015235 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 20 2022 18:39:00 | PNC Bank, PO Box 747066, Pittsburgh, PA 15274-7086 |
| 5103978 | | EDI: PRA.COM | Oct 20 2022 22:43:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5103979 | | EDI: PRA.COM | Oct 20 2022 22:43:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5015694 | + | EDI: RECOVERYCORP.COM | Oct 20 2022 22:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5038685 | | EDI: Q3G.COM | Oct 20 2022 22:43:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5041835 | | EDI: Q3G.COM | Oct 20 2022 22:43:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5015237 | | EDI: CITICORP.COM | Oct 20 2022 22:43:00 | Sears Credit Cards, PO Box 9001055, Louisville, KY 40290-1055 |
| 5015241 | | EDI: RMSC.COM | Oct 20 2022 22:43:00 | Synchrony Bank, Attn: bankruptcy department, PO Box 965061, Orlando, FL 32896-5061 |
| 5038538 | | EDI: AIS.COM | Oct 20 2022 22:43:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 5015243 | + | EDI: WFFC2 | Oct 20 2022 22:43:00 | Wells Fargo Bank, PO Box 31557, Billings, MT 59107-1557 |
| 5029441 | | EDI: WFFC2 | Oct 20 2022 22:43:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**    **Bypass Reason**    **Name and Address**

| | | |
|---|---|---|
| 5015236 | | PNC Credit Card need info |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5015208 | * | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 5015215 | *+ | MSHMC Physicians Group, PO Box 854, Hershey, PA 17033-0854 |
| 5015216 | *+ | MSHMC Physicians Group, PO Box 854, Hershey, PA 17033-0854 |
| 5015217 | *+ | MSHMC Physicians Group, PO Box 854, Hershey, PA 17033-0854 |
| 5015219 | *+ | National Recovery Agency, 2491 Paxton St., Harrisburg, PA 17111-1036 |
| 5015220 | *+ | National Recovery Agency, 2491 Paxton St., Harrisburg, PA 17111-1036 |
| 5015221 | *+ | National Recovery Agency, 2491 Paxton St., Harrisburg, PA 17111-1036 |
| 5015225 | * | Penn State Hershey Medical Center, PO Box 643291, Pittsburgh, PA 15264-3291 |
| 5015226 | * | Penn State Hershey Medical Center, PO Box 643291, Pittsburgh, PA 15264-3291 |
| 5015227 | * | Penn State Hershey Medical Center, PO Box 643291, Pittsburgh, PA 15264-3291 |
| 5015228 | * | Penn State Hershey Medical Center, PO Box 643291, Pittsburgh, PA 15264-3291 |
| 5015229 | * | Penn State Hershey Medical Center, PO Box 643291, Pittsburgh, PA 15264-3291 |
| 5015231 | * | Pinnacle Health, PO Box 826813, Philadelphia, PA 19182-6813 |
| 5015232 | * | Pinnacle Health, PO Box 826813, Philadelphia, PA 19182-6813 |
| 5015233 | * | Pinnacle Health, PO Box 826813, Philadelphia, PA 19182-6813 |
| 5015240 | *+ | Susquehanna Dental East LLC, Attn: billing, 4655 Linglestown Rd #A, Harrisburg, PA 17112-8544 |

TOTAL: 1 Undeliverable, 17 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 22, 2022 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Chad James Julius | on behalf of Debtor 1 Ken O. Roseberry cjulius@ljacobsonlaw.com brhoades@ljacobsonlaw.com;derashade527@outlook.com |
| Chad James Julius | on behalf of Debtor 2 Dina M. Roseberry cjulius@ljacobsonlaw.com brhoades@ljacobsonlaw.com;derashade527@outlook.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| Jerome B Blank | on behalf of Creditor BANK OF AMERICA N.A. pamb@fedphe.com |
| Kevin S Frankel | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: Ken O. Roseberry | Social Security number or ITIN: xxx–xx–5109 | EIN: __–_____ |
| Debtor 2 (Spouse, if filing): Dina M. Roseberry | Social Security number or ITIN: xxx–xx–2109 | EIN: __–_____ |
| United States Bankruptcy Court: Middle District of Pennsylvania | | |
| Case number: 1:18-bk-00289-HWV | | |

# Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ken O. Roseberry            Dina M. Roseberry

10/20/22

**By the court:** *Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**